AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

PAUL GRONDAL, a Washington resident,

*Plaintiff*

v.

MILL BAY MEMBERS ASSOCIATION, INC., et al.

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2020

SEAN F. McAVOY, CLERK

Civil Action No. 2:09-cv-00018-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion and Memorandum Joining in the Federal Defendants' Motion for Summary Judgment re Ejectment, (ECF No. 344) is GRANTED. Plaintiffs' Motion for Default Judgment (ECF No. 433) is DENIED. Plaintiff's Motion for Summary Judgment (ECF No. 439) is DENIED. The Government's Renewed Motion for Summary Judgment re Ejectment (ECF No. 231) is GRANTED. Plaintiffs are in trespass, and their removal from the subject property is authorized. Judgment is entered for the Government (Federal Defendants) on its trespass counterclaim.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on motions at ECF Nos. 231, 344, 433, and 439.

Date: 7/9/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams