AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

PAUL GRONDAL, a Washington resident,

*Plaintiff*

v.

MILL BAY MEMBERS ASSOCIATION, INC., et al.

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 31, 2020

SEAN F. McAVOY, CLERK

Civil Action No. 2:09-cv-00018-RMP

## JUDGMENT IN A CIVIL ACTION
### (AMENDED)

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiffs' Motion for Clarification (ECF No. 505) is GRANTED.
Judgment entered at (ECF No. 504) is amended by adding the following language:
The Court finds that, pursuant to Fed. R. Civ. P. 54(b), there is no just reason for delay and this Judgment and corresponding Order at ECF No. 503 are immediately appealable. However, the Court retains jurisdiction to enforce its Orders in this matter, including the Order at ECF No. 503, as well as jurisdiction over all remaining claims in this case. Pursuant to Fed. R. Civ. P. 70(d), a writ of assistance may issue without further court order to enforce this Judgment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a motion for Clarification (ECF No. 505).

Date: 7/31/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams