AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2020

SEAN F. McAVOY, CLERK

PAUL GRONDAL, a Washington resident, et al., )
    *Plaintiffs,* )
v. )  Civil Action No.  2:09-CV-0018-RMP
UNITED STATES OF AMERICA, et al. )
)

*Defendants.*

## THIRD AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants' Motion and Memorandum Joining in the Federal Defendants' Motion for Summary Judgment re Ejectment, (ECF No. 344) is GRANTED; Plaintiffs' Motion for Default Judgment (ECF No. 433) is DENIED; Plaintiff's Motion for Summary Judgment (ECF No. 439) is DENIED; the Government's Renewed Motion for Summary Judgment re Ejectment (ECF No. 231) is GRANTED; and Plaintiffs are in trespass, and their removal from the subject property is authorized. Judgment is entered for the Government (Federal Defendants) on its trespass counterclaim. Pursuant to Fed. R. Civ. P. 54(b), there is no just reason for delay and this Judgment and corresponding Order at ECF No. 503 are immediately appealable. However, the Court retains jurisdiction to enforce its Orders in this matter, including the Order at ECF No. 503, as well as jurisdiction over all remaining claims in this case. Pursuant to Fed. R. Civ. P. 70(d), a writ of assistance may issue without further court order to enforce this Judgment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on motions for summary judgment and Motion for Clarification and Amending Judgment at ECF No. 504, ECF No. 505.

Date: 8/18/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams