AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

PAUL GRONDAL, a Washington resident; MILL BAY MEMBERS
ASSOCIATION, INC., a Washington non-profit corporation,

*Plaintiffs*

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF
INTERIOR; BUREAU OF INDIAN AFFAIRS; FRANCIS ABRAHAM;
CATHERINE GARRISON; MAUREEN MARCELLAY, MIKE PALMER, also
known as Michael H. Palmer; JAMES ABRAHAM; NAOMI DICK; ANNIE
WAPATO; ENID MARCHAND; GARY REYES; PAULWAPATO, JR.; LYNN
BENSON; DARLENE HYLAND; RANDY MARCELLAY; FRANCIS REYES;
LYDIA W. ARMEECHER; MARY JO GARRISON; et al.

*Defendants*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jan 19, 2021

SEAN F. McAVOY, CLERK

)
)
)
)
)
)

Civil Action No.   2:09-cv-00018-RMP

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒ other: The Federal Defendants' Motion to Dismiss (ECF No. 570) is GRANTED. Wapato Heritage's remaining crossclaims are DISMISSED WITH
PREJUDICE; a) Wapato Heritage's First Crossclaim, seeking declaratory relief, is DISMISSED WITH PREJUDICE; b) Wapato Heritage's Fourth
Crossclaim for ejectment and/or wrongful detainer is DISMISSED WITH PREJUDICE; c) Wapato Heritage's Fifth Crossclaim seeking overpayment
under written leases is DISMISSED WITH PREJUDICE; d) Wapato Heritage's Sixth Crossclaim seeking damages for underpayment and failure to
collect is DISMISSED WITH PREJUDICE; e) Wapato Heritage's Seventh Crossclaim seeking partition of MA-8 is DISMISSED WITH PREJUDICE; f)
Since Wapato Heritage has failed to prevail on the aforementioned crossclaims, it is not entitled to attorney fees and costs as requested in crossclaim eight.
Accordingly, Wapato Heritage's Eighth Crossclaim is DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☒ decided by Judge    Rosanna Malouf Peterson _____ on
     Federal Defendants' Motion to Dismiss (ECF No. 570).

Date:   1/19/2021 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Lee Reams _____
                    *(By) Deputy Clerk*

Lee Reams _____